# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| AMY CANSLER, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:21-cv-00401-TES** |
| BENJAMIN BOWDOIN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGIA POWER COMPANY<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:21-cv-00402-TES** |
| NEYSA QUINN,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:21-cv-00403-TES** |
| DANNY FLEMMING, *et al.*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**5:22-cv-00101-TES** |

| | |
|---|---|
| HOUSTON KYLE CASS,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant*. | **CIVIL ACTION NO.**<br>**5:22-cv-00102-TES** |
| STEVEN STOWE, JR.,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant*. | **CIVIL ACTION NO.**<br>**5:19-cv-00103-TES** |
| JUDDIE SANDS,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>*Defendant*. | **CIVIL ACTION NO.**<br>**5:22-cv-00104-TES** |

**ORDER TERMINATING MOTIONS TO REMAND PENDING MEDIATION**

In each of the seven cases captioned above, Plaintiffs have filed Motions to Remand. However, on August 23, 2022, Plaintiffs' counsel emailed the Court and informed it that the parties intend to mediate these cases on October 27, 2022.

So that the parties can effectively mediate these seven cases, the Court, with Plaintiffs' consent, **TERMINATES** the following Motions to Remand:

- In *Cansler, et al. v. Georgia Power Company*, 5:21-cv-00401-TES, the Court **TERMINATES** Plaintiffs' Motion to Remand [Doc. 18].

- In *Bowdoin, et al. v. Georgia Power Company*, 5:21-cv-00402-TES, the Court **TERMINATES** Plaintiffs' Motion to Remand [Doc. 17].

- In *Quinn v. Georgia Power Company*, 5:21-cv-00403-TES, the Court **TERMINATES** Plaintiff's Motion to Remand [Doc. 17].

- In *Flemming, et al. v. Georgia Power Company*, 5:22-cv-00101-TES, the Court **TERMINATES** Plaintiffs' Motion to Remand [Doc. 5].

- In *Cass v. Georgia Power Company*, 5:22-cv-00102-TES, the Court **TERMINATES** Plaintiff's Motion to Remand [Doc. 5].

- In *Stowe v. Georgia Power Company*, 5:22-cv-00103-TES, the Court **TERMINATES** Plaintiff's Motion to Remand [Doc. 5].

- In *Sands v. Georgia Power Company*, 5:22-cv-00104-TES, the Court **TERMINATES** Plaintiff's Motion to Remand [Doc. 5].

Upon notification that the parties' mediation efforts were unsuccessful, the Court will sua sponte reinstate each of the Motions to Remand listed above as pending, and it will issue its Order on the Motions to Remand without any additional or further briefing by the parties.

**SO ORDERED**, this 24th day of August, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
