# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| AMY CANSLER, ANDREW CANSLER, CHRISTOPHER LANDERS, CRISTINA LANDERS, SIDNEY FRANKLIN HESTER, CHRISTOPHER MERCER, KATHY MERCER, DEBBIE MONTGOMERY, and VERONICA SHARP,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA POWER COMPANY,<br><br>Defendant. | CIVIL ACTION NO.<br><br>5:21-CV-00401-TES |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs in the above-captioned action, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismiss this action WITHOUT PREJUDICE.

Respectfully submitted, this 16th day of November, 2022.

| | |
|---|---|
| **STACEY EVANS LAW** | **ADAMS LAW FIRM** |
| */s/ Stacey Godfrey Evans* | */s/ Brian P. Adams* |
| Stacey Godfrey Evans | Brian P. Adams |
| Georgia Bar No. 298555 | Georgia Bar No. 142474 |
| Tiffany N. Watkins | Mary Beth Hand |
| Georgia Bar No. 228805 | Georgia Bar No. 322836 |
| John Amble Johnson | |
| Georgia Bar No. 229112 | 598 D.T. Walton Sr. Way |
| | Macon, GA 31201 |
| 4200 Northside Parkway, NW | Telephone: 478-238-0231 |
| Bldg. One; Suite 200 | Facsimile: 478-216-9188 |
| Atlanta, GA 30327 | brian@brianadamslaw.com |
| Telephone: 770-779-9602 | mbhand@brianadamslaw.com |
| Facsimile: 404-393-2828 | |
| sevans@staceyevanslaw.com | |
| twatkins@staceyevanslaw.com | |
| ajohnson@staceyevanslaw.com | |

**CONLEY GRIGGS PARTIN LLP**

*/s/ Cale H. Conley*
Cale H. Conley
Georgia Bar No. 181080
James T. Cox
Georgia Bar No. 296191

4200 Northside Parkway, N.W.
Building One, Suite 300
Atlanta, Georgia 30327-3007
Phone: 404-467-1155
Fax: 404-467-1166
cale@conleygriggs.com
james@conleygriggs.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** will be served upon all attorneys in this matter via email or by filing with the Court's CM/ECF system, which will automatically e-mail notification of such filing to:

| | |
|---|---|
| Sara M. Warren, Esq.<br>sara.warren@alston.com<br>Meaghan G. Boyd, Esq.<br>meaghan.boyd@alston.com<br>Douglas S. Arnold, Esq.<br>doug.arnold@alston.com<br>Jenny A. Hergenrother, Esq.<br>jenny.hergenrother@alston.com<br>Lee Ann Anand, Esq.<br>leeann.anand@alston.com<br>ALSTON & BIRD, LLP<br>*Attorneys for Defendant Georgia Power Company* | Duke R. Groover, Esq.<br>dgroover@jamesbatesllp.com<br>JAMES-BATES-BRANNAN-GROOVER-LLP<br>*Attorneys for Defendant Georgia Power Company* |
| Richard Robbins, Esq.<br>rrobbins@robbinsfirm.com<br>Josh Belinfante, Esq.<br>jbelinfante@robbinsfirm.com<br>ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC<br>*Attorneys for Defendant Georgia Power Company* | |

This 16th day of November, 2022.

                                            **STACEY EVANS LAW**

                                            ***/s/ Stacey Godfrey Evans***
                                            Stacey Godfrey Evans
                                            Georgia Bar No. 298555

4200 Northside Parkway, NW
Bldg. One; Suite 200
Atlanta, GA 30327
Telephone: 770-779-9602
Facsimile: 404-393-2828
sevans@staceyevanslaw.com